Syril Liedeker et al., Appellants, *v.* Sears, Roebuck & Co., Inc., Respondent, Impleaded with Another.

Argued May 28, 1937; decided June 11, 1937.

*Abraham Engelman, Harry J. Engel, Leo Thomas* and *Emil Katzka* for appellants.

*Alan M. Stroock, Peter I. B. Levine* and *Milton Socolof* for respondent.

*C. E. Fitzgerald, James McPhillips* and *Frederick G. Bascom* for Telescope Folding Furniture Company, defendant.

Judgment affirmed, with costs; no opinion.

Concur: Crane, Ch. J., Lehman, O'Brien and Finch, JJ. Dissenting: Hubbs, Loughran and Rippey, JJ.